RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 12/13/10
BY_____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **WILLIAM A. MUSE** | **CIVIL ACTION NO. 09-1250** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BRIAN NEWCOMER, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 12 day of December, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE